# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Paula Quinn

                  Plaintiff,

v.                                                 Case No.: 1:17–cv–03865
                                                           Honorable Sara L. Ellis

FMA Alliance, Ltd.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 13, 2017:

      MINUTE entry before the Honorable Sara L. Ellis: Pursuant to stipulation of dismissal pursuant to settlement [19], Paula Quinn's individual claims are dismissed with prejudice and the putative class claims asserted by Paula Quinn are dismissed without prejudice. Each party to bear her or its own attorneys' fees and costs. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.